```
PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | **Case No. 17-42030 WJL** |
| **CAROL ANN BERTINE**, | **Chapter 7** |
| Debtor. | **MOTION TO AVOID JUDICIAL LIEN OF KENNETH W. MORRIS REVOCABLE TRUST AND PORTFOLIO RECOVERY ASSOCIATES, LLC IMPAIRING EXEMPTION** |

TO: *Kenneth W. Morris Revocable Trust and Portfolio Recovery Associates, LLC:*

The real property, which is the subject of this motion, is the Debtor's principal place of residence and is located at 397 Valley Run, Hercules, CA 94547.

1. On June 23, 2015, Kenneth W. Morris Revocable Trust caused to be recorded an Abstract of Judgment, document 2015172920, with the Contra Costa County Recorder's Office in the sum of $495,720.00, attached hereto as Exhibit A.

2. On August 1, 2017, Portfolio Recovery Associates, LLC caused to be recorded an Abstract of Judgment, document 2017-0137367-00, with the Contra Costa County Recorder's Office in the sum of $14,076.14, attached hereto as Exhibit B.

3. The property is encumbered by a First Deed of Trust in favor of Loan City as evidenced by the printout from the Contra Costa County Recorder's Office, a copy of which is attached as Exhibit C and made a part hereof.

4. The First Deed of Trust was assigned to Wells Fargo as evidenced by the printout from the Contra Costa County Recorder's Office, a copy of which is attached as Exhibit D and made a part hereof.

5. At the time of filing Debtor owed approximately $130,134.91 to Wells Fargo, the first position creditor, as evidenced by the mortgage statement issued by Wells Fargo on July 9, 2017, a copy of which is attached as Exhibit E and made a part hereof.

6. The property is also encumbered by a Second Deed of Trust in favor of Wells Fargo as evidenced by the printout from the Contra Costa County Recorder's Office, a copy of which is attached as Exhibit F and made a part hereof.

7. At the time of filing Debtor owed approximately $153,506.34 to Wells Fargo, the second position creditor, as evidenced by the mortgage statement issued by Wells Fargo on July 21, 2017, a copy of which is attached as Exhibit G and made a part hereof.

8. At the time of filing Debtor believes the real property had a market value of $400,000.00. A copy of an appraisal obtained by debtor is attached hereto as Exhibit H and made a part hereof.

9. The liens impair the exemption in the real property asserted by the Debtor in the sum of $175,000.00.

10. Debtor hereby moves the Court for an order pursuant to 11 U.S.C. Section 522(f)(1)(A) avoiding the liens on her real property. Debtor is entitled to an order avoiding the liens on the grounds that the liens are

judicial liens which impair an exemption to which the debtor is otherwise entitled.

WHEREFORE, debtor requests that an Order be entered avoiding the judicial lien of Kenneth W. Morris Revocable Trust and the judicial lien of Portfolio Recovery Associates, LLC.

Dated: October 16, 2017      /s/ Patrick L. Forte
                             PATRICK L. FORTE
                             Attorney for Debtor