```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 17-42030 WJL** |
| **CAROL ANN BERTINE,** | **Chapter 7** |
| Debtor. | **CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is 1624 Franklin Street, #911, Oakland, CA 94612.

On October 18, 2017, I served the within;

**Motion to Avoid Judicial Lien of Kenneth W. Morris Revocable Trust & Portfolio Recovery Associates, LLC Impairing Exemption; Notice & Opportunity for Hearing; Declaration of Debtor in Support of Motion**

on the below-named electronically through the court's CM/ECF program:

**Michael G. Kasolas, Trustee    U. S. Trustee**

and on the below names in this action by placing a true copy thereof in a sealed envelope with certified postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

**Attn: Officer
Portfolio Recovery Associates, LLC
120 Corporate Blvd., Suite 100
Norfolk, VA 23502**
/
/
/

```
Attn: Officer
Portfolio Recovery Associates, LLC
140 Corporate Blvd
Norfolk, VA 23502

Attn: Officer
Portfolio Recovery Associates, LLC
C/o CSC - Lawyers Incorporating Services
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Attn: Officer
Portfolio Recovery Associates, LLC
C/o CSC - Lawyers Incorporating Services
2710 Gateway Oaks Dr. Suite 150N
Sacramento, CA 95833
```

and on the below names in this action by placing a true copy thereof in a sealed envelope with first-class postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

```
Attn: Officer
Kenneth W. Morris Revocable Trust
Phillip G. Vermont
Randick O'Dea & Tooliatos, LLP
5000 Hopyard Road, Suite 225
Pleasanton CA 94588-0000

Attn: Officer
Portfolio Recovery Associates, LLC
C/o Hunt & Henriques
151 Bernal Road, Suite 8
San Jose, CA 95119-1306
```

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 18, 2017     /s/ Joe P. Segura
                            JOE P. SEGURA