Phillip G. Vermont, SBN 132035
**RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 225
Pleasanton, California 94588
Telephone: (925) 460-3700
Facsimile: (925) 460-0969

Attorneys for Creditor, KENNETH W. MORRIS REVOCABLE TRUST

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>CAROL ANN BERTINE,<br><br>Debtor | Case No.: 17-42030 WJL<br><br>**CONDITIONAL OPPOSITION TO MOTION TO AVOID JUDICIAL LIEN OF KENNETH W. MORRIS REVOCABLE TRUST IMPAIRING EXEMPTION AND OBJECTION TO CHARACTERIZATION OF CREDITOR STATUS** |

Creditor KENNETH W. MORRIS REVOCABLE TRUST ("Creditor") hereby files its Conditional Opposition to Debtor's Motion to Avoid the Judicial Lien of Creditor and Objection to Debtor's Characterization of Creditor's Status as an unsecured creditor.

On June 23, 2015, Creditor recorded an Abstract of Judgment with the Contra Costa Recorder's Office in the sum of $495,720.00.

Creditor conditionally objects to avoidance of the judicial lien as Creditor believes that the real property located at 397 Valley Run, Hercules, CA 94547 (the "Property") has, and continues to, increase in value. To the extent that the value of the Property exceeds the debts on the Property and the homestead exemption claimed by Debtor, Creditor's claim against the Property should remain secured and should not be avoided.

On July 14, 2015, Creditor additionally filed a Notice of Judgment Lien with the

1
CONDITIONAL OPPOSITION TO MOTION TO AVOID JUDICIAL LIEN OF KENNETH W. MORRIS REVOCABLE TRUST IMPAIRING EXEMPTION AND OBJECTION TO CHARACTERIZATION OF CREDITOR STATUS
364436

Case: 17-42030    Doc# 13    Filed: 11/07/17    Entered: 11/07/17 14:25:13    Page 1 of 10

California Secretary of State securing the judgment against Debtor's personal property in the amount of $499,794.30. (See Exhibit A, Declaration of Phillip G. Vermont.)

Creditor conditionally objects to avoidance of the judicial lien as Creditor's claims are not only secured against Debtor's real property but also against Debtor's personal property. To the extent that the value of any personal property of Debtor exceeds the claimed exemptions of Debtor and any debts previously attached to the property, the claims of Creditor should remain secured and should not be avoided.

Additionally, Debtor has characterized Creditor as an "unsecured creditor" in her Chapter 7 Petition despite the two processes used by Creditor to secure its claims. Debtor additionally stated in her Petition that the matter between Debtor and Creditor is "pending" despite being concluded for over two (2) years at the time of filing.

Creditor objects to these characterizations and requests that Debtor's Petition be amended to reflect Creditor's secured status and priority as stated in 11 U.S.C § 506(a)-(b), and that the status of the matter between Debtor and Creditor be amended to state that they are "concluded" as of the date of the filing of the Petition. Creditor's judicial lien should stand to the extent that Debtor's exemptions and other preexisting secured debt does not exceed the value of Debtor's assets.

Date: November 7, 2017

RANDICK O'DEA & TOOLIATOS, LLP

By: _____
Phillip G. Vermont

2
CONDITIONAL OPPOSITION TO MOTION TO AVOID JUDICIAL LIEN OF KENNETH W. MORRIS REVOCABLE TRUST IMPAIRING EXEMPTION AND OBJECTION TO CHARACTERIZATION OF CREDITOR STATUS
364436

Case: 17-42030    Doc# 13    Filed: 11/07/17    Entered: 11/07/17 14:25:13    Page 2 of 10

# EXHIBIT A

CONDITIONAL OPPOSITION TO MOTION TO AVOID JUDICIAL LIEN OF KENNETH W. MORRIS REVOCABLE TRUST IMPAIRING EXEMPTION AND OBJECTION TO CHARACTERIZATION OF CREDITOR STATUS

3

364436

Case 17-42030    Doc# 13    Filed: 11/07/17    Entered: 11/07/17 14:25:13    Page 3 of 10

Phillip G. Vermont, SBN 132035
RANDICK O'DEA & TOOLIATOS, LLP
5000 Hopyard Road, Suite 225
Pleasanton, California 94588
Telephone: (925) 460-3700
Facsimile: (925) 460-0969

Attorneys for Creditor, KENNETH W. MORRIS REVOCABLE TRUST

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

CAROL ANN BERTINE,

Debtor

Case No.: 17-42030 WJL

DECLARATION OF PHILLIP G. VERMONT IN SUPPORT OF CONDITIONAL OPPOSITION TO MOTION TO AVOID JUDICIAL LIEN OF KENNETH W. MORRIS REVOCABLE TRUST IMPAIRING EXEMPTION AND OBJECTION TO CHARACTERIZATION OF CREDITOR STATUS

I, Phillip G. Vermont, declare as follows:

1. I am an attorney at law duly admitted to practice in all the courts of the State of California, and I am an attorney in the law offices of Randick O'Dea & Tooliatos, LLP, attorneys of record for KENNETH W. MORRIS REVOCABLE TRUST ("Creditor").

2. I have personal knowledge of the matters set forth in this Declaration and if called to testify to these matters, could and would do so of my own personal knowledge.

3. On July 14, 2015, I caused to be filed a Notice of Judgment Lien with the California Secretary of State securing the judgment against Debtor's personal property in the

1

DECLARATION OF PHILLIP G. VERMONT IN SUPPORT OF CONDITIONAL OPPOSITION TO MOTION TO AVOID JUDGMENT LIEN OF KENNETH W. MORRIS REVOCABLE TRUST IMPAIRING EXEMPTION AND OBJECTION TO CHARACTERIZATION OF CREDITOR STATUS
364818

Case: 17-42030    Doc# 13    Filed: 11/07/17    Entered: 11/07/17 14:25:13    Page 4 of 10

amount of $499,794.30 in favor of Creditor. A copy of the Notice of Judgment Lien is attached hereto and incorporated herein as **Exhibit 1**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on this 7th day of November 2017 in Pleasanton, California.

By: _____
Phillip G. Vermont

2

DECLARATION OF PHILLIP G. VERMONT IN SUPPORT OF CONDITIONAL OPPOSITION TO MOTION TO AVOID JUDGMENT LIEN OF KENNETH W. MORRIS REVOCABLE TRUST IMPAIRING EXEMPTION AND OBJECTION TO CHARACTERIZATION OF CREDITOR STATUS

364818

# EXHIBIT 1

3

DECLARATION OF PHILLIP G. VERMONT IN SUPPORT OF CONDITIONAL OPPOSITION TO MOTION
TO AVOID JUDGMENT LIEN OF KENNETH W. MORRIS REVOCABLE TRUST IMPAIRING EXEMPTION
AND OBJECTION/CHARACTERIZATION OF CREDITOR STATUS
364818

Case: 17-42030    Doc# 13    Filed: 11/07/17    Entered: 11/07/17 14:25:13    Page 6 of 10

**NOTICE OF JUDGMENT LIEN**
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form)

A. NAME & PHONE OF FILER'S CONTACT (optional)
Phillip G. Vermont (925) 460-3700

B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)
Phillip G. Vermont, Esq.
Randick O'Dea & Tooliatos, LLP
5000 Hopyard Rd., Suite 225
Pleasanton, Ca. 94588

15-7474878990
07/14/2015 17:00


SOS

FILED
CALIFORNIA
SECRETARY OF STATE


49958110002  UCC 1 FILING

THIS SPACE FOR FILING OFFICE USE ONLY

1. JUDGMENT DEBTOR'S EXACT LEGAL NAME - Insert only one name, either 1a or 1b. Do not abbreviate or combine names.

1a. ORGANIZATION'S NAME

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| Bertine | Carol | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 397 Valley Run | Hercules | CA | 94621 | USA |

2. JUDGMENT CREDITOR'S NAME - Do not abbreviate or combine names.

2a. ORGANIZATION'S NAME
Ken W. Morris Revocable Trust

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | | SUFFIX |
|---|---|---|---|---|
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o Randick O'Dea & Tooliatos, LLP, 5000 Hopyard Rd., Suite 225 | Pleasanton | CA. | 94588 | USA |

3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.

A. Title of court where judgment was entered: Superior Court of California--Alameda County

B. Title of the action: Ken W. Morris Revocable Trust vs. Penn Logistics dba Penn Logistics International, et al

C. Number of this action: RG15769038

D. Date judgment was entered: June 9, 2015

E. Date of subsequent renewals of judgment (if any):

F. Amount required to satisfy judgment at date of this notice: $ $499,794.30

G. Date of this notice: July 10, 2015

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

SIGNATURE - SEE INSTRUCTION NO. 4
Phillip G. Vermont

Dated: July 10, 2015
(If not indicated, use same as date in item 3G.)

FOR: Ken W. Morris Revocable Trust

FILING OFFICE COPY     NOTICE OF JUDGMENT LIEN (FORM JL1) (Rev. 6/01)     Legal Solutions Plus     SS-J1
Approved by the Secretary of State

# JUDGMENT LIEN ADDENDUM
FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)

### 5. NAME OF JUDGMENT DEBTOR: (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|  |  |  |  |

### 6. ADDITIONAL JUDGMENT DEBTOR - insert only one name (6a or 6b):

| 6a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Penn Logistics dba Penn Logistics International, a business entity | | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|  |  |  |  |  |
| 6c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 691-85th Ave. | Oakland | CA | 94621 | USA |

### 7. ADDITIONAL JUDGMENT DEBTOR - insert only one name (7a or 7b):

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| PLI Logistics, Inc., a suspended California Corporation | | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|  |  |  |  |  |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 691-85th Ave. | Oakland | CA | 94621 | USA |

### 8. ADDITIONAL JUDGMENT DEBTOR - insert only one name (8a or 8b):

| 8a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
|  | | | | |
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|  |  |  |  |  |
| 8c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|  |  |  |  |  |

### 9. ADDITIONAL JUDGMENT CREDITOR - insert only one name (9a or 9b):

| 9a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
|  | | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|  |  |  |  |  |
| 9c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|  |  |  |  |  |

### 10. ADDITIONAL JUDGMENT CREDITOR - insert only one name (10a or 10b):

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
|  | | | | |
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|  |  |  |  |  |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|  |  |  |  |  |

(1) FILING OFFICER COPY - JUDGMENT LIEN ADDENDUM FORM (REV. 6/01)

CA Secretary of State

4995811000002

Case: 17-42030   Doc# 13   Filed: 11/07/17   Entered: 11/07/17 14:25:13   Page 8 of 10



# SECRETARY OF STATE
## STATE OF CALIFORNIA

## UCC Filing Acknowledgement

07/15/2015

Page 1 of 2

RANDICK O'DEA & TOOLIATOS LLP  
5000 HOPYARD RD  
STE 225  
PLEASANTON CA 94588

Filing Fee: $10.00  
Total Fee: $10.00

The California Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed in our system. Please review the information for accuracy. Included is an image of the filed document to assist you in your review. If you find a potential error, please notify the UCC Section at the number listed below at your earliest convenience.

Filing Type: **Judgement Lien**  
Filing Number: **15-7474878990**

File Date: **07/14/2015**  
Lapse Date: **07/14/2020**

File Time: **17:00**

Debtor(s):  
INDIVIDUAL        BERTINE, CAROL, ,

397 VALLEY RUN HERCULES CA USA 94621

ORGANIZATION     PENN LOGISTICS DBA PENN LOGISTICS INTERNATIONAL, A BUSINESS ENTITY

691-85TH AVE. OAKLAND CA USA 94621

ORGANIZATION     PLI LOGISTICS, INC., A SUSPENDED CALIFORNIA CORPORATION

691-85TH AVE. OAKLAND CA USA 94621

Secured Party(ies):  
ORGANIZATION     KEN W. MORRIS REVOCABLE TRUST

C/O RANDICK O'DEA & TOOLIATOS, LLP, 5000 HOPYARD RD., SUITE 225 PLEASANTON CA USA 94588

Filing by the Secretary of State is not conclusive proof that all conditions for securing priority have been met. Ensuring that accurate information is on the document to be filed is the responsibility of the filing party. If this filing is challenged, the Secretary of State does not guarantee that the filing is legally sufficient to secure priority under UCC Article 9 and expressly disclaims any liability for failure of the filing party to secure priority resulting from the information contained in the filed document, or the lack of information on the filed document.

PROGRAMS ARCHIVES, BUSINESS PROGRAMS, ELECTIONS, INFORMATION TECHNOLOGY, CALIFORNIA STATE HISTORY MUSEUM, MANAGEMENT SERVICES, SAFE AT HOME, DOMESTIC PARTNERS REGISTRY, NOTARY PUBLIC, POLITICAL REFORM

BUSINESS ENTITY