Phillip G. Vermont, SBN 132035
RANDICK O'DEA & TOOLIATOS, LLP
5000 Hopyard Road, Suite 225
Pleasanton, California 94588
Telephone: (925) 460-3700
Facsimile: (925) 460-0969
pvermont@randicklaw.com

Attorneys for Creditor,
KENNETH W. MORRIS REVOCABLE TRUST

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

| | |
|---|---|
| In re:<br><br>CAROL ANN BERTINE,<br><br>Debtor | Case No.: 17-42030 WJL<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

TO: THE U.S. BANKRUPTCY JUDGE, THE DEBTOR, THE TRUSTEE, AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the firm of Randick O'Dea & Tooliatos, LLP, attorneys for KENNETH W. MORRIS REVOCABLE TRUST, creditor in the above-referenced Chapter 7 action, by and through its attorney, Phillip G. Vermont, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the U.S. Bankruptcy Code and/or Local Rules of the Court.

Randick O'dea & Tooliatos, LLP requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

Phillip G. Vermont, Esq.
Randick O'Dea & Tooliatos, LLP
5000 Hopyard Road, **Suite 225**
Pleasanton, CA 94588
Telephone: (925) 460-3700
Fax No.: (925) 460-0969
pvermont@randicklaw.com

Date: November 9, 2017

RANDICK O'DEA & TOOLIATOS, LLP

By: _____
Phillip G. Vermont
Randick O'Dea & Tooliatos, LLP
5000 Hopyard Road, Suite 225
Pleasanton, CA 94588
Telephone: (925) 460-3700
Fax No.: (925) 460-0969
Email: pvermont@randicklaw.com
*Attorneys for Creditor*
**KENNETH W. MORRIS REVOCABLE TRUST**

### CERTIFICATE OF SERVICE

I, Sue Betti, submitted the attached document through Electronic Case Filing (ECF) on November 9, 2017. By filing electronically, it was served on all parties registered with ECF in this case. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2017

/s/
_____
Sue Betti